# Exhibit A



**GC Services Limited Partnership**
**Collection Agency Division**

(877) 431-3767

PO Box 1389
Copperas Cove TX 76522-5389
RETURN SERVICE REQUESTED

SEND PAYMENT TO:

June 19, 2015

Synchrony Bank/Sam's Club
PO Box 960013
Orlando FL 32896-0013

616939045

Wilbur Macy
1401 Hobart Dr
Louisville KY 40216-4038

Acct. #: ************8981
Balance Due: $767.00

***PLEASE DETACH AND RETURN THE UPPER PORTION OF THE STATEMENT WITH YOUR PAYMENT***

RE: Sam's Club® MasterCard® Account

Dear Wilbur Macy,

Your Sam's Club® MasterCard® Account, which was issued by and owed to Synchrony Bank, has been referred to us by our client for collection. We wanted to take this opportunity to introduce ourselves and inform you of your rights under the Fair Debt Collection Practices Act.

As of the date of this letter, our records show you owe a balance of $767.00 to Synchrony Bank. If you dispute this balance or the validity of this debt, please contact us. If you do not dispute this debt within 30 days after you receive this letter, we will assume this debt is valid.

However, if you do dispute all or any portion of this debt within 30 days of receiving this letter, we will obtain verification of the debt from our client and send it to you. Or, if within 30 days of receiving this letter you request the name and address of the original creditor, we will provide it to you in the event it differs from our client, Synchrony Bank.

We look forward to working with you in resolving this account.

www.samsclub.com/credit

Sincerely,

Cindy Kreidler
Collection Manager

Balance Due: $767.00         Acct. #: ************8981

**This is a communication from a debt collector and is an attempt to collect a debt, any information obtained will be used for that purpose.**

**NOTICE:** SEE THE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION
GC Services Limited Partnership – Collection Agency Division – 6330 Gulfton, Houston, TX 77081

056862