# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

|  |  |
|---|---|
| WILBUR MACY and PAMELA J. STOWE, on behalf of themselves and others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>                Defendant. | Case No.: 3:15-cv-00819-DJH |

## MOTION FOR ADMISSION PRO HAC VICE

Wilbur Macy and Pamela J. Stowe ("Plaintiffs") move this Court for permission to allow James L. Davidson of Greenwald Davidson Radbil PLLC, 5550 Glades Road, Suite 500, Boca Raton, FL 33431, to appear as counsel pro hac vice for Plaintiffs in this action.

1. Since April 27, 2004, Mr. Davidson has been and presently is a member in good standing of the Bar of the State of Florida. Mr. Davidson's bar license number is 723371. A certificate of good standing from the Supreme Court for the State of Florida is attached.

2. Mr. Davidson has never been disbarred, suspended from practice, or subject to other disciplinary action by any court, state, territory, or the District of Columbia.

3. Mr. Davidson consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

4. Mr. Davidson has been formally admitted to practice before the following federal courts: U.S. District Court, Southern District of Florida, U.S. District Court, Middle District of

Florida, U.S. District Court, Northern District of Florida, U.S. District Court, District of Colorado, U.S. District Court, Western District of Michigan, and U.S District Court, Western District of New York.

5. Mr. Davidson is presently a member in good standing of the bars of the courts listed above.

6. Mr. Davidson has attended training sessions for the Electronic Court Filing system in other federal judicial districts and is familiar with the operations of that system.

Dated:  November 20, 2015				Respectfully submitted,

*/s/ Shireen Hormozdi*
Shireen Hormozdi
Kentucky Bar No. 93993
1770 Indian Trail Lilburn Road
Suite 175
Norcross, GA 30093
Tel: (800) 994-9855
Fax: (866) 929-2434
shireen@norcrosslawfirm.com

*/s/ James L. Davidson*
James L. Davidson*
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Tel: (561) 826-5477
Fax: (561) 961-5684
jdavidson@gdrlawfirm.com

Counsel for Plaintiffs and the proposed class

* seeking admission *pro hac vice*

**CERTIFICATE OF SERVICE**

I certify that on November 20, 2015, I filed the foregoing document with the clerk using the Court's CM/ECF system which caused notice of this filing to be served upon all counsel of record.

*/s/ Shireen Hormozdi*
Shireen Hormozdi