# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

WILBUR MACY and PAMELA J. STOWE, on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.

Civil Action No: 3-15-cv-00819-DJH

## **AGREED ORDER**

Plaintiffs, Wilbur Macy and Pamela J. Stowe ("Plaintiffs"), and Defendant, GC Services Limited Partnership ("Defendant"), agree to extend the deadline for Defendant to serve its objections and answers to Plaintiffs' first set of interrogatories, and objections and responses to Plaintiffs' first requests for production.

Plaintiffs and Defendant also agree that the documents to be produced by Defendant in response to Plaintiffs' first requests for production will be sent to Plaintiffs by June 9, 2016.  It is therefore;

**ORDERED** that Defendant shall serve its objections and answers to Plaintiffs' first set of interrogatories, and objections and responses to Plaintiffs' first requests for production by May 27, 2016.  It is further;

**ORDERED** that the documents to be produced by Defendant in response to Plaintiffs' first requests for production be sent to Plaintiffs by June 9, 2016.

SIGNED this ___ day of _____ 2016.

                                                David J. Hale, Judge
                                             United States District Court

AGREED AS STATED ABOVE:

| | |
|---|---|
| **GREENWALD DAVIDSON RADBIL PLLC** | **CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY** |
| By:  /s/ *James L. Davidson*  <br>    James L. Davidson (*Pro Hac Vice*) <br>    5550 Glades Rd., Ste. 500 <br>    Boca Raton, Florida  33431 <br>    Telephone: (561) 826-5477 <br>    Facsimile: (561) 961-5684 <br>    jdavidson@gdrlawfirm.com <br><br>    **ATTORNEYS FOR PLAINTIFFS** | By:  /s/ *William S. Helfand*  <br>    William S. Helfand (*Pro Hac Vice*) <br>    1200 Smith St., Ste. 1400 <br>    Houston, Texas 77002 <br>    Telephone: (713) 658-1818 <br>    Facsimile: (713) 658-2553 <br>    bill.helfand@chamberlainalw.com <br><br>    **ATTORNEYS FOR DEFENDANT** |