# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

|  |  |
|---|---|
| WILBUR MACY and PAMELA J. STOWE, on behalf of themselves and others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>       Defendant. | Civil Action No: 3-15-cv-00819-DJH |

## AGREED ORDER

Plaintiffs, Wilbur Macy and Pamela J. Stowe ("Plaintiffs"), and Defendant, GC Services Limited Partnership ("Defendant"), agree to extend the deadline for Defendant to serve its objections and answers to Plaintiffs' first set of interrogatories, and objections and responses to Plaintiffs' first requests for production.

Plaintiffs and Defendant also agree that the documents to be produced by Defendant in response to Plaintiffs' first requests for production will be sent to Plaintiffs by June 9, 2016.  It is therefore;

**ORDERED** that Defendant shall serve its objections and answers to Plaintiffs' first set of interrogatories, and objections and responses to Plaintiffs' first requests for production by May 27, 2016.  It is further;

**ORDERED** that the documents to be produced by Defendant in response to Plaintiffs' first requests for production be sent to Plaintiffs by June 9, 2016.

May 20, 2016

**David J. Hale, Judge**
**United States District Court**

AGREED AS STATED ABOVE:

GREENWALD DAVIDSON RADBIL PLLC

By:____/s/ *James L. Davidson*_____
    James L. Davidson (*Pro Hac Vice*)
    5550 Glades Rd., Ste. 500
    Boca Raton, Florida  33431
    Telephone: (561) 826-5477
    Facsimile: (561) 961-5684
    jdavidson@gdrlawfirm.com

    ATTORNEYS FOR PLAINTIFFS

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY

By:____/s/ *William S. Helfand*_____
    William S. Helfand (*Pro Hac Vice*)
    1200 Smith St., Ste. 1400
    Houston, Texas 77002
    Telephone: (713) 658-1818
    Facsimile: (713) 658-2553
    bill.helfand@chamberlainalw.com

    ATTORNEYS FOR DEFENDANT